*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

## H2OCEAN, INC., Plaintiff–Appellant,

v.

## LEONARD SCHMITT, APRIL'S AFTER–CARE, INC., and April's Attic, Defendants–Appellees.

No. 2006–1581.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

### ORDER

H2Ocean, Inc. moves without opposition to voluntarily dismiss its appeal in *H2Ocean v. Schmitt*, 3:05–CV–387 (N.D.Fla.).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted.

(2) Each side shall bear its own costs.